**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTHONY GENNARELLI, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 3:3-2005 |
| DAVID A. VARANO, <u>et</u> <u>al</u>., | : | (Judge Mannion) |
| Defendants | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **GRANTED**.

2. The complaint is **DISMISSED**, without prejudice, as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(I).

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, not taken in good faith and lacking in probable cause.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION
United States District Judge**

**DATED: August 6, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-2005-01-order.wpd